IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Vernesia Todd, ) | C/A No.: 1:14-1833-TLW-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Carolyn W. Colvin, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the court on a review of the docket in this case, which reveals that Plaintiff has failed to timely resubmit her motion for leave to proceed in forma pauperis ("IFP Motion"). On May 7, 2014, Plaintiff submitted an IFP Motion using an outdated form. [Entry #3]. On May 8, 2014, the court directed Plaintiff to resubmit the IFP Motion using the appropriate form by May 21, 2014. [Entry #6]. Plaintiff has failed to comply with the order. As such, it appears to the court that Plaintiff wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether she wishes to continue with this case and to resubmit her IFP Motion by June 4, 2014. Plaintiff is further advised that if she fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*Shiva V. Hodges*

May 28, 2014                                             Shiva V. Hodges
Columbia, South Carolina                        United States Magistrate Judge